**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-417-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 30 |
| KIMO JOHN LITTLE-BIRD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 17, 2019 at 11:00 a.m., be vacated and continued to July 29, 2019, at the hour of 11:00 a.m.

DATED this 30th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

3