**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMO JOHN LITTLE-BIRD,<br><br>    Defendant. | Case No. 2:18-cr-417-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 32 |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 29, 2019 at 11:00 a.m., be vacated and continued to Tuesday, September 3, 2019 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

    DATED this _ 25th _ day of July, 2019.

                                                                      UNITED STATES DISTRICT JUDGE